David D. Lawrence, Esq. [State Bar No. 123039]
E-Mail: dlawrence@lbaclaw.com
Christina M. Sprenger, Esq. [State Bar No. 205105]
E-Mail: csprenger@lbaclaw.com
Daniel S. Cha, Esq. [State Bar No. 260256]
E-mail: dcha@lbaclaw.com
Zaynah N. Moussa, Esq. [State Bar No. 265343]
LAWRENCE BEACH ALLEN & CHOI, PC
1600 North Broadway, Suite 1010
Santa Ana, California 92706
Telephone No.: (714) 479-0180
Facsimile No.: (714) 479-0181

Attorneys for Defendant
COUNTY OF ORANGE. DEPUTY CLAYPOOL, DEPUTY BELTRAN, DEPUTY PECK, AND DEPUTY KOHLER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA LOUISE BROWN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THE COUNTY OF ORANGE; ~~CITY OF VILLA PARK~~; D. CLAYPOOL, individually and in his capacity as County of Orange Deputy Sheriff; CHRISTOPHER BELTRAN, individually and in his capacity as County of Orange Deputy Sheriff; P. PECK, individually and in his capacity as County of Orange Deputy Sheriff; and Deputy KOHLER, individually and in his capacity as County of Orange Deputy Sheriff and DOES 1 through 10, Inclusive,<br><br>　　　　Defendants. | Case No. CV 10-3928 VBF (JEMx)<br><br>**[PROPOSED] JUDGMENT**<br><br>*[Request For Entry Of Judgment On Separate Document Pursuant To Fed.R.Civ.P. 58(d) filed concurrently herewith]*<br><br><br><br>**MATTER FOR DETERMINATION BEFORE THE HONORABLE VALERIE BAKER FAIRBANK** |

///

///

///

On May 6, 2011, after full consideration of the evidence and the written points and authorities submitted by counsel for the moving and opposing parties, the Court found that Defendants County of Orange, Deputy Beltran, Deputy Claypool, Deputy Kohler, and Deputy Peck are entitled to judgment as a matter of law, and this Court therefore granted Defendants' Motion for Judgment on the Pleadings.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows: that judgment be entered in favor of Defendants County of Orange, Deputy Beltran, Deputy Claypool, Deputy Kohler, and Deputy Peck; that the Plaintiff recover nothing; that the action be dismissed on the merits; that Defendants County of Orange, Deputy Beltran, Deputy Claypool, Deputy Kohler, and Deputy Peck are entitled to costs as determined by the Clerk of the Court as part of the parties' Application to the Clerk to Tax Costs ; and that any attorney's fees to which the Defendants County of Orange, Deputy Beltran, Deputy Claypool, Deputy Kohler, and Deputy Peck are entitled are reserved and may be determined by the Court at a further hearing.

DATED:   05-22-11                              _Valerie Baker Fairbank_____
                                               HONORABLE VALERIE B. FAIRBANK
                                               United States District Judge